THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Clifford R.
 Young, Jr., Appellant.
 
 
 

Appeal From Lee County
Clifton Newman, Circuit Court Judge
Unpublished Opinion No. 2008-UP-407
Submitted July 1, 2008  Filed July 17,
 2008    
APPEAL DISMISSED

 
 
 
 Appellate Defender Katherine H. Hudgins, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 all of Columbia; and Solicitor C. Kelly Jackson, of Sumter, for Respondent.
 
 
 

PER CURIAM:  Clifford
 R. Young, Jr., appeals his guilty plea to criminal sexual conduct with a minor
 in the second degree.  He was sentenced to twenty years imprisonment, suspended
 upon active service of five years imprisonment and two years probation.  Young
 argues the trial court erred by accepting his guilty plea without a sufficient
 factual basis.  Young filed a separate pro se brief arguing the
 trial court lacked subject matter jurisdiction and his trial counsel was
 ineffective.  After a thorough review of the record and both briefs
 pursuant to Anders v. California, 386 U.S. 738 (1967), and State v.
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Youngs appeal
 and grant counsels motion to be relieved. [1] 
APPEAL
 DISMISSED.  
HEARN,
 C.J., CURETON and GOOLSBY, A.J.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.